UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Casale v. Monsanto Co.*,<br>Case No. 3:19-cv-05238-VC | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br>Re: Dkt. No. 20770 |

Casale's Motion for Leave to File a Motion for Reconsideration of PTO No. 324 is denied.

**IT IS SO ORDERED.**

Dated: July 21, 2025

VINCE CHHABRIA
United States District Judge